IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SOLOMON KABORE, HILAIRE BOUDA, MAYESSA M. KOULIBAY LEMAN, SIRINA SAVADOGO, NOELIE TAPSOBA, ELEONORE TIENTCHEU, ROSINE FOUKENG DJOUDA, FRANCOIS EMMANUEL NGUETTA, HYPPOLITTE DJOUDA, ARTHUR TIAM NGNEPIEPAYE, EDITCH TCHE, ARMEL BEMMO, ARMEL CONSTANT BOGUISSOGO, TIMOTHEE NTAMACK, DIEUDONNE MANANGA, PAUL EKWALLA EKOLLO, SABINE HORTENSE NTSAMA, ANNIE NGO DIPOUMBI, NWAFO WANDJI CATHY STELLA, and KUMAKOLO FRIDA PAOLA<br><br>*Plaintiffs*,<br><br>v.<br><br>GLOBAL INVESTMENT TRADING S.A. d/b/a LIYEPLIMAL, SIMTREX COMMERCIAL BROKERS LLC, EMILE PARFAIT SIMB, CECILE JEANNETTE FOTSO BENGA, JOSEPH FLAUBERT NYA, MBOGMIS NEE BASSOMO MARTHE ANGELINE, SERGE FOGUE, YETNA YETNA MATHIEU, AIMÉ SAMUEL KOUM, ALAIN BESSALA, ALBERT NOEL TCHUENTE, ALOYS RODRIGUE NOUCK, ANNY P N ELODIE ASSIH, AUGUSTIN BOUDA, AUGUSTINE REINE SOUVENIRS NGO NHIOMOG U MAIH, BENOÎT BEA MOUALAL, BERNARD BAYIHA, BIENVENU BAMOUNI, BOUBAKAR DIARRA, BRICE HOUSSOU, CHARLES TAKAM NOULE, CHRISTOPHE NYOBE NLEND, CLAUDINE MANGA, CLAUDINE SYLVIE ELOUMOU AKAMA EPSE MANGA, CLEMENTINE NADEGE MOUALAL, DANIEL LE BON KEMA'EUGA TCHOUZOU, DANIEL NJOME MOUSSINGA, DAVID CHRISTIAN KOM, DESIRE OLOMO, JACK RAYANE DJAPA TCHAGWO, DOMINIQUE BITJOKA, EDOUARD ARSEN OUATTARA, EKWALLA NATHAN GUY HERVE NTONE, EMMANUEL FOKO, EMILE PARFAIT SIMB, | Civil Action No. 22-CV-04211 (JMV)<br><br>**MOTION TO ADMIT TWO ATTORNEYS,** *PRO HAC VICE* |

GERMAINE SIMB, EVELYN MOCHE, FERDINAND NGANGUE, FILS NGAI NGAI, FREDERICK SOME M, FRU ANNA EBENYE EPSE FRU, ANNE EBENYE EPSE FRU, GILLES AUJOL, SACKO DAPA, HONORINE RATOLOJANAHARY, JACQUES LANDRY BIKAI, JEAN CALVIN ABELA, JEANNE D'ARC BIDJONI, JEFF JULLIAN DJAPA SAPEYA, JEFFE KOUMBOU F, JODEL ARMAND MANDENG NTSIMI, JOHN MANDENG,JULES HONORE NYECK, JULIENNE NDJE, JUNIOR MAIH, KOANDA OUSMANE, LAURE EPIPHANIE NDAKGO, LISE AMANDINE MOUENDI, MAHAMADOU TO, MAMBO EPSE KOUM JULIENNE, MARTIN BROCHU, MATECK EPOUSE BAYIHA JOSEPHINE NICOLE, MATHIEU YETNA YETNA, MENSAH DAKEVI, MONIQUE YOHANA NGO MAIH BAHOYA, MURIEL CHRISTILLE TEDJO, M'WETIGNE FREDERIC SOME, NATHALIE YAKAM, NATHAN GUY EKWALLA, NEMESIOUS MOUENDI MOUENDI, NGO NDEBI EPSE LIBAM, PANGSOU INNOCENT, PAUL DONGUE, PAULIN NYOBE SIMON, RENÉ AYINA, RENE HERMANN NGOUADJE, RICHARD ENGOULOU, SAMUEL AIME KOUM, SEBASTIEN PANNY, SERGE PATRICK FOTUE, SEVERIN PEFOUMBOU, SIMON OUEDRAOGO, SOULEMANOU MEFIRE, SOUMARE FATOUMATA, THOMAS TIMOTHÉE MANGA, RUDY THIBAULT IKELE MATIBA, WILLIAM HENRY MBOM MAIH, WILLY TCHUILEN NGATCHA, PAMELA JUDITH YOUMBI NGUENANG, YVETTE MEVAZARA, PIERRE ZOUNGRANA, SERAPHINE DENTO, XAVIER CLAUDE FEUDJIO, SUMCH TAREK, TANZIL AHMAD, FRANCK KABORE, ROUSSEL NGANGWA, STEPHANIE MAMSEU, ALBERT NGOG, MARIE DELPHINE BANG, ANNE-GEORGETTE BEKONO, PATRICK MESSI, ERIC DENIS NGONO, ACHILLE DJOUTA, NATHALIE YAMB, OLIVIA RAVAKA MALALA RAKOTONARIVO, NICOLE RASOLONJATOVO, STEVE ARNOLD DJOUMESSI NGUEKENG, JOLANDE PETIPA, MONIQUE TATIOSOP, ARMELLE KUEMO, MARIE JOSEPH VOGTEMBING, SEVERIN POFOUMBO, GILDAS NGAMBOU MBOUNA, SANDRINE FAMI-ETETMEN, MARIE BROUARD NEE MARIE BASSOMO, JEAN-JACQUES MOIFFO, WILFRIED FAMI, CHARLINE LEMA, HERVÉ SIMON EONE EONE, JEAN LOUIS MESSANG, HENRI NOËL MOUKOURI MISSIPO, EDWIGE BITEU, CABRAL

LIBII LI NGUE, and LANDRY ANTOINE LEMOGO

        *Defendants*.

        Now comes attorney Galen J. Criscione, counsel for the Plaintiffs in the above entitled action, and moves this Honorable Court to allow the admission of two attorneys, *pro hac vice*. Specifically, counsel seeks admission of attorney Ross Pitcoff of Ross Pitcoff Law and attorney Philip R. Berwish, *of counsel* to Ross Pitcoff Law, to assist with the representation of the Plaintiffs in the instant matter. In support hereof, counsel incorporates by reference the Certification of Attorney Galen J. Criscione, filed separately herewith.

DATE:  July 14, 2022

        Respectfully submitted by,

        */ s /Galen Criscione*
        Galen J. Criscione, Esq.
        Criscione Ravala, LLP
        250 Park Avenue – 7th Floor
        New York, NY 10177
        212-920-7142
        gcriscione@lawcrt.com
        *Counsel for the Plaintiffs*