IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SOLOMON KABORE, HILAIRE BOUDA, MAYESSA M. KOULIBAY LEMAN, SIRINA SAVADOGO, NOELIE TAPSOBA, ELEONORE TIENTCHEU, ROSINE FOUKENG DJOUDA, FRANCOIS EMMANUEL NGUETTA, HYPPOLITTE DJOUDA, ARTHUR TIAM NGNEPIEPAYE, EDITCH TCHE, ARMEL BEMMO, ARMEL CONSTANT BOGUISSOGO, TIMOTHEE NTAMACK, DIEUDONNE MANANGA, PAUL EKWALLA EKOLLO, SABINE HORTENSE NTSAMA, ANNIE NGO DIPOUMBI, NWAFO WANDJI CATHY STELLA, and KUMAKOLO FRIDA PAOLA<br><br>*Plaintiffs*,<br><br>v.<br><br>GLOBAL INVESTMENT TRADING S.A. d/b/a LIYEPLIMAL, SIMTREX COMMERCIAL BROKERS LLC, EMILE PARFAIT SIMB, CECILE JEANNETTE FOTSO BENGA, JOSEPH FLAUBERT NYA, MBOGMIS NEE BASSOMO MARTHE ANGELINE, SERGE FOGUE, YETNA YETNA MATHIEU, AIMÉ SAMUEL KOUM, ALAIN BESSALA, ALBERT NOEL TCHUENTE, ALOYS RODRIGUE NOUCK, ANNY P N ELODIE ASSIH, AUGUSTIN BOUDA, AUGUSTINE REINE SOUVENIRS NGO NHIOMOG U MAIH, BENOÎT BEA MOUALAL, BERNARD BAYIHA, BIENVENU BAMOUNI, BOUBAKAR DIARRA, BRICE HOUSSOU, CHARLES TAKAM NOULE, CHRISTOPHE NYOBE NLEND, CLAUDINE MANGA, CLAUDINE SYLVIE ELOUMOU AKAMA EPSE MANGA, CLEMENTINE NADEGE MOUALAL, DANIEL LE BON KEMA'EUGA TCHOUZOU, DANIEL NJOME MOUSSINGA, DAVID CHRISTIAN KOM, DESIRE OLOMO, JACK RAYANE DJAPA TCHAGWO, DOMINIQUE BITJOKA, EDOUARD ARSEN OUATTARA, EKWALLA NATHAN GUY HERVE NTONE, EMMANUEL FOKO, EMILE PARFAIT SIMB, | Civil Action No. 22-CV-04211 (JMV)<br><br>**CERTIFICATION OF ATTORNEY GALEN J. CRISCIONE** |

GERMAINE SIMB, EVELYN MOCHE, FERDINAND NGANGUE, FILS NGAI NGAI, FREDERICK SOME M, FRU ANNA EBENYE EPSE FRU, ANNE EBENYE EPSE FRU, GILLES AUJOL, SACKO DAPA, HONORINE RATOLOJANAHARY, JACQUES LANDRY BIKAI, JEAN CALVIN ABELA, JEANNE D'ARC BIDJONI, JEFF JULLIAN DJAPA SAPEYA, JEFFE KOUMBOU F, JODEL ARMAND MANDENG NTSIMI, JOHN MANDENG,JULES HONORE NYECK, JULIENNE NDJE, JUNIOR MAIH, KOANDA OUSMANE, LAURE EPIPHANIE NDAKGO, LISE AMANDINE MOUENDI, MAHAMADOU TO, MAMBO EPSE KOUM JULIENNE, MARTIN BROCHU, MATECK EPOUSE BAYIHA JOSEPHINE NICOLE, MATHIEU YETNA YETNA, MENSAH DAKEVI, MONIQUE YOHANA NGO MAIH BAHOYA, MURIEL CHRISTILLE TEDJO, M'WETIGNE FREDERIC SOME, NATHALIE YAKAM, NATHAN GUY EKWALLA, NEMESIOUS MOUENDI MOUENDI, NGO NDEBI EPSE LIBAM, PANGSOU INNOCENT, PAUL DONGUE, PAULIN NYOBE SIMON, RENÉ AYINA, RENE HERMANN NGOUADJE, RICHARD ENGOULOU, SAMUEL AIME KOUM, SEBASTIEN PANNY, SERGE PATRICK FOTUE, SEVERIN PEFOUMBOU, SIMON OUEDRAOGO, SOULEMANOU MEFIRE, SOUMARE FATOUMATA, THOMAS TIMOTHÉE MANGA, RUDY THIBAULT IKELE MATIBA, WILLIAM HENRY MBOM MAIH, WILLY TCHUILEN NGATCHA, PAMELA JUDITH YOUMBI NGUENANG, YVETTE MEVAZARA, PIERRE ZOUNGRANA, SERAPHINE DENTO, XAVIER CLAUDE FEUDJIO, SUMCH TAREK, TANZIL AHMAD, FRANCK KABORE, ROUSSEL NGANGWA, STEPHANIE MAMSEU, ALBERT NGOG, MARIE DELPHINE BANG, ANNE-GEORGETTE BEKONO, PATRICK MESSI, ERIC DENIS NGONO, ACHILLE DJOUTA, NATHALIE YAMB, OLIVIA RAVAKA MALALA RAKOTONARIVO, NICOLE RASOLONJATOVO, STEVE ARNOLD DJOUMESSI NGUEKENG, JOLANDE PETIPA, MONIQUE TATIOSOP, ARMELLE KUEMO, MARIE JOSEPH VOGTEMBING, SEVERIN POFOUMBO, GILDAS NGAMBOU MBOUNA, SANDRINE FAMI-ETETMEN, MARIE BROUARD NEE MARIE BASSOMO, JEAN-JACQUES MOIFFO, WILFRIED FAMI, CHARLINE LEMA, HERVÉ SIMON EONE EONE, JEAN LOUIS MESSANG, HENRI NOËL MOUKOURI MISSIPO, EDWIGE BITEU, CABRAL

LIBII LI NGUE, and LANDRY ANTOINE LEMOGO

*Defendants.*

I, Galen J. Criscione, Esq., an attorney at law duly admitted to the State of New Jersey, hereby certify the following facts to be true and correct to the best of my knowledge:

1] I am an attorney at law admitted to the State of New Jersey in good standing and a partner with Criscione Ravala, LLP, and counsel to the Plaintiffs in the within action.

2] I respectfully submit this certification in support of the motion of Plaintiff to admit Ross Pitcoff, Esq. *pro hac vice* pursuant to R. 1:21-2, to participate with other counsel for plaintiff for all purposes in this matter.

3] Additionally, I respectfully submit this certification in support of the motion of Plaintiff to admit Philip R.Berwish, Esq. *pro hac vice* pursuant to R. 1:21-2, to participate with other counsel for plaintiff for all purposes in this matter.

4] Ross Pitcoff, Esq. is the principal of Ross Pitcoff Law, located at 250 Park Avenue, 7th Floor, in New York, New York 10177, and is associated in this matter with me. I am counsel of record and qualified to practice pursuant to R. 1:21-1.

5] Philip R. Berwish, Esq. is *Of Counsel* to Ross Pitcoff Law, located at 250 Park Avenue, 7th Floor, in New York, New York 10177, and is associated in this matter with me. I am counsel of record and qualified to practice pursuant to R. 1:21-1.

6] Plaintiffs have requested that Ross Pitcoff Law participate in this litigation on their behalf.

7] My firm and I agree to be held responsible for Mr. Pitcoff and Mr. Berwish and we will ensure that he/they observes all the rules governing the courts of the State of New Jersey. These will include, but not limited to, abiding by the relevant disciplinary rules, consenting to

the appointment of the Clerk of the Supreme Court of the State of New Jersey as an agent upon whom service of process may be made in all actions against Mr. Pitcoff and/or Mr. Berwish that may arise out of their participation in this action, notifying the court immediately of any matter affecting the standing of Mr. Pitcoff and/or Mr. Berwish at the bar of any other jurisdiction, ensuring that all briefs and other papers filed with the court are signed by myself or another member or associate of my firm who is authorized to practice law in the State of New Jersey, and ensuring that Mr. Pitcoff and Mr. Berwish make the appropriate payments to the New Jersey Supreme Court Ethics Financial Committee pursuant to R. 1:20-l(b), the New Jersey Lawyers Fund for Client Protection pursuant to R. 1:28-2, and the Lawyer's Assistance program pursuant to _R. 1:28B-1(e).

8]     Based upon the foregoing it is respectfully requested that the court admit Mr. Pitcoff *pro hac vice* in this matter.

9]     Based upon the foregoing it is respectfully requested that the court admit Mr. Berwish *pro hac vice* in this matter.

10]     I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY
THIS 14th DAY OF JULY, 2022

/ s / Galen J. Criscione
Galen J. Criscione, Esq.