

# Pro Hac Vice Admission in New Jersey
{*Rules* 1:21-2(a), 1:20-1(b), 1:28-2, 1:28B-1(e)}

**Please submit one check for each attorney payable to**
*NJ Lawyers' Fund for Client Protection*
Mail to: NJ Lawyers' Fund, P.O. Box 961, Trenton, NJ 08625-0961

**2022 ASSESSMENT $212.00**

The fee is assessed **once per calendar year** per attorney. Attorneys admitted for additional cases within the calendar year should log into their account and update the case list, but **no additional payment** is required. If a case continues into the next year, a fee for **that** year will be assessed. An attorney's appearance continues until either the matter is concluded, there is a substitution of counsel, or the filing of notice of withdrawal with the court. **Fees are not prorated.** Full payment is required for the calendar year in which the Order admitting is entered.

**Information to be submitted with payment**

**Pro Hac Vice Attorney:**

| Name: Last | First | Middle | Title |
|---|---|---|---|
| Pitcoff | Ross | | |

| Date of Birth | Sex |
|---|---|
| 05/28/1985 | ☑ Male  ☐ Female |

| Jurisdiction Where First Admitted to Any U.S. Bar | Year Admitted |
|---|---|
| New York | 2011 |

Have You Ever Been Admitted in New Jersey in any of the Following Categories?
☐ Plenary NJ License        ☐ In-House Counsel
☐ Multi-Jurisdictional Practitioner    ☐ Foreign Legal Consultant

| Firm Name | Telephone Number |
|---|---|
| Ross Pitcoff Law | 646 580 3204 |

| Address |
|---|
| 250 Park Avenue, 7th Floor |

| City | State | Zip |
|---|---|---|
| New York | NY | 10177 |

| Email |
|---|
| ross@rosspitcofflaw.com |

pages 1 of

**Sponsoring New Jersey Attorney:**

| Name: Last | First | Middle | Title |
|---|---|---|---|
| Criscione | Galen | | |

| Firm Name | Telephone Number |
|---|---|
| Criscione Ravala LLP | 212 920-7142 |

| Address |
|---|
| 250 Park Avenue, 7th Flr |

| City | State | Zip |
|---|---|---|
| New York | NY | 10177 |

| Email |
|---|
| gcriscione@lawcrt.com |

Enclose a copy of the signed Court Order. If it is not yet available, provide an unsigned copy or the following information: send a signed copy when it becomes available.

| Docket # | Jurisdiction |
|---|---|
| 22-CV-04211 | New Jersey District Court |

| Judge's Name |
|---|
| Honorable John Michael Vazquez |

Questions? Please contact the NJ Lawyers' Fund's Pro Hac Vice Unit at
(609) 815-3030, Option 1