

# Pro Hac Vice Admission in New Jersey
{*Rules* 1:21-2(a), 1:20-1(b), 1:28-2, 1:28B-1(e)}

**Please submit one check for each attorney payable to**
*NJ Lawyers' Fund for Client Protection*
**Mail to: NJ Lawyers' Fund, P.O. Box 961, Trenton, NJ 08625-0961**

### 2022 ASSESSMENT $212.00

The fee is assessed **once per calendar year** per attorney. Attorneys admitted for additional cases within the calendar year should log into their account and update the case list, but **no additional payment** is required. If a case continues into the next year, a fee for that year will be assessed. An attorney's appearance continues until either the matter is concluded, there is a substitution of counsel, or the filing of notice of withdrawal with the court. **Fees are not prorated.** Full payment is required for the calendar year in which the Order admitting is entered.

### Information to be submitted with payment

**Pro Hac Vice Attorney:**

| Name: Last BERWISH | First PHILIP | Middle R | Title |
|---|---|---|---|
| Date of Birth 7/23/1952 | | Sex ☒ Male ☐ Female | |
| Jurisdiction Where First Admitted to Any U.S. Bar PENNSYLVANIA | | Year Admitted 1978 | |
| Have You Ever Been Admitted in New Jersey in any of the Following Categories? | | | |
| ☐ Plenary NJ License | | ☐ In-House Counsel | |
| ☐ Multi-Jurisdictional Practitioner | | ☐ Foreign Legal Consultant | |
| Firm Name OF COUNSEL TO ROSS PITCOFF LAW | | Telephone Number 646 580 3264 | |
| Address 250 PARK AVE 7th FLOOR | | | |
| City NEW YORK | | State NY | Zip 10177 |
| Email PHIL@PITCOFFLAW.COM | | | |

**Sponsoring New Jersey Attorney:**

| Name: Last | CRISCIONE | First | GALEN | Middle | | Title | |
|---|---|---|---|---|---|---|---|

| Firm Name | CRISCIONE RAVALA LLP | Telephone Number | 212 920 7142 |
|---|---|---|---|

| Address | 250 PARK AVE 7TH FLOOR |
|---|---|

| City | NEW YORK | State | NY | Zip | 10177 |
|---|---|---|---|---|---|

| Email | GCRISCIONE@LAWCRT.COM |
|---|---|

**Enclose a copy of the signed Court Order. If it is not yet available, provide an unsigned copy or the following information: send a signed copy when it becomes available.**

| Docket # | 22-CV-04211 | Jurisdiction | NEW JERSEY DISTRICT COURT |
|---|---|---|---|

| Judge's Name | HON. JOHN MICHAEL VAZQUEZ |
|---|---|

Questions? Please contact the NJ Lawyers' Fund's Pro Hac Vice Unit at
(609) 815-3030, Option 1